AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

## 08 C 3451

LUIS CRUZ

Plaintiff,

CASE NUMBER:

V.

ASSIGNED JUDGE:

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE
OFFICERS M. J. McCAFFERTY, Star No. 9216, and J. C.
ALVARADO, Star No. 17261,

DESIGNATED
MAGISTRATE JUDGE:

Defendants.

**JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

CHICAGO POLICE OFFICER M.J. McCAFFERTY, Star. No. 9216
Police Headquarters
3510 S. Michigan Ave. 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey B. Granich
53 W. Jackson Suite 840
Chicago, IL. 60604

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) DEPUTY CLERK                                                          DATE

**Michael W. Dobbins, Clerk**

_Yvette Montoney_
-----------------------------------------
**(By) DEPUTY CLERK**

**June 16, 2008**
-----------------------------------------
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6-19-08 |
|---|---|
| NAME OF SERVER (PRINT) AARON Willoughby | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

G   Served personally upon the defendant.  Place where served: VINCE CAFFO
Authorize To Accept Service for
Officer MJ McCafferty

G   I left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-19-08
                    Date

Signature of Server

3152 South Prairie
Chgo IL 60616
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure