UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Luis Cruz
                              Plaintiff,

v.                                          Case No.: 1:08−cv−03451
                                            Honorable Robert W. Gettleman

City of Chicago, Illinois, et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, July 25, 2008:

    MINUTE entry before the Honorable Robert W. Gettleman: Motion [10] for extension of time to 8/15/2008 to answer or otherwise plead is granted. Telephone notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.