UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 3451 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Gettleman |
| M. J. McCAFFERTY, Star No. 9216, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Valdez |
| J. C. ALVARADO, Star No. 17261, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**

Jeffery B. Granich
Law Offices of Jeffery B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
312-939-9009

Meghan McGrath
30 N. LaSalle Street
Chicago, Illinois 60602

  **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Individual Defendants' Motion for Leave to File *Instanter* their Answer to Plaintiff's Complaint.

  **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Robert W. Gettleman or before such other Judge sitting in his place or stead, on the 7th day of August 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the above referenced Motion.

  **DATED** at Chicago, Illinois August 1, 2008

Respectfully submitted,

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602    /s/ Shneur Z. Nathan
30 North LaSalle Street    SHNEUR Z. NATHAN
(312) 742-1842    Counsel for Individual Defendants
Atty. No. 6294495