UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS CRUZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 3451 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | Judge Gettleman |
| M. J. McCAFFERTY, Star No. 9216, and ) | |
| CHICAGO POLICE OFFICER ) | Magistrate Judge Valdez |
| J. C. ALVARADO, Star No. 17261, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF FILING

**To:**

Jeffery B. Granich
Law Offices of Jeffery B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
312-939-9009

Meghan McGrath
30 N. LaSalle Street
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Individual Defendants' Answer to Plaintiff's Complaint, Affirmative Defenses, and Jury Demand.

**DATED** at Chicago, Illinois August 8, 2008

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
30 North LaSalle Street
(312) 742-1842
Atty. No. 6294495

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Attorney for Individual Defendants