# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3451 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Luis Cruz    vs    City of Chicago | | |

**DOCKET ENTRY TEXT:**

Defendants McCafferty and Alvarado's motion [14] for leave to file answer to complaint instanter is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|