IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS CRUZ, | ) | 08 C 3451 |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO**:  Jeffrey B. Granich
The Law Offices of Jeffrey B. Granich
53 West Jackson Blvd., Suite 840
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on August 15, 2008, the City of Chicago filed its **ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered via the Court's Electronic Filing System, to the persons/entities named above at the address shown on this 15th day of May, 2008.

                                                    Respectfully submitted,
                                                    MARA S. GEORGES,
                                                    Corporation Counsel, City of Chicago

               By:    **/s/ *Megan K. McGrath***
                          MEGAN K. McGRATH
                          Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No.  06288408